| | |
|---|---|
| | |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEFFREY ADKINS, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>J. B. HUNT TRANSPORT, INC., a Georgia corporation; and DOES 1 through 20 inclusive,<br><br>　　　　Defendants. | Case No. 2:18-cv-00028-WBS-AC<br><br>ASSIGNED TO HON. WILLIAM B. SHUBB<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE**<br><br>[Filed concurrently with Stipulation of Dismissal with Prejudice] |

This matter came before the Court on a Stipulation for Dismissal With Prejudice filed by Plaintiff Jeffrey Adkins and Defendant J.B. Hunt Transport, Inc. That stipulation is hereby GRANTED AS REQUESTED, and this matter is dismissed with prejudice.

Dated: June 15, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-2-
[PROPOSED] ORDER